IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00487-WYD-KMT

DERRICK L. ARANDA, #99396,

      Plaintiff,

v.

L.T. MCCORMAC,
L.T. STRODE,
SGT. P. ADERSON, and
LENORD VIGIL,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's letter to the Clerk of Court dated November 19, 2009, docketed as a motion to obtain docket text and a case inquiry report (Doc. No. 100, filed November 24, 2009), is GRANTED in part. The Clerk of Court shall send Plaintiff a copy of the docket sheet and the Court's financial report regarding payments made and balance due for the filing fee in this case.

To the extent Plaintiff seeks guidance regarding dispositive motions, Plaintiff is again advised that the Court does not respond to letters. Further, the Court cannot give legal advice.

Dated: November 30, 2009