IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: October 20, 2011 |
| Court Reporter: Gwen Daniel | |

_____

Civil Case No.   08-cv-00487-WJM-KMT           Counsel:

DERRICK L. ARANDA,                             Reid Neureiter
                                               Ann Lebeck
        Plaintiff,

v.

L.T. McCORMAC,                                 Christopher Alber
L.T. STRODE, and                               Jacquelynn Fredericks
LENORD VIGIL,

        Defendants.

_____

COURTROOM MINUTES
_____

FINAL TRIAL PREPARATION CONFERENCE

04:00 p.m.     Court in Session

Appearances

Court's comments

This case is set for a four-day jury trial commencing November 7, 2011.

The Court addresses Plaintiff's Motion in Limine (Doc No. 216) regarding evidence of prior convictions and the evidence of the Plaintiff's sexual relationship with a Colorado Department of Correction's employee.

**ORDERED:  1)     Plaintiff's Motion in Limine (Doc No. 216) is GRANTED IN
                   PART.**

1

> **The motion with regard to evidence of prior convictions is GRANTED. Defendants will not be permitted to introduce evidence beyond the fact that Plaintiff was convicted of the 1998 and 2006 offenses.**
>
> **RULING IS RESERVED with respect to the part of the Motion regarding a sexual relationship between Defendant and a CDOC employee.**
>
> **The Defendants shall advise the Court, out of the presence of the jury, if they believe Plaintiff has opened the door during trial for the introduction of such evidence.**

Court's comments

The parties will have 20 minutes for opening statements.

Court's comments re Exhibit Lists

**ORDERED:  2)    On or before Tuesday, October 25, 2011 the parties shall submit revised exhibit lists, reflecting the stipulated exhibits in the proper column**.

Mr. Neureiter's comments re exhibits and opening statements

During opening statements counsel may only use exhibits that have been stipulated to by all parties and for all purposes.

Court's comments re voir dire

Counsel shall be present at 8:00 the first day of trial. The Court will notify counsel with respect to voir dire questions which, if any, of those questions cannot be asked and the time limit for attorney voir dire.

Court's comments re jury instructions and verdict form

**ORDERED   3)    The parties have up to and including Tuesday, October 25, 2011 to submit revised, disputed jury instructions labeled per the Court's Revised Practice Standards.**

Court's comments re statement of the case jury instruction

**ORDERED:  4)**   **The parties have up to and including Friday, October 28, 2011 to submit a single, one paragraph stipulated jury instruction with respect to the statement of the case.**

Discussion re deposition designations and testimony

If a witness is going to be called live by any party, then no party can use deposition testimony of that witness for any purpose other than for impeachment.

The Plaintiff cannot use Defendant McCormac's deposition for testimony.

**ORDERED:  5)**   **No trial briefs are needed; therefore, no trial briefs will be accepted.**

The Court address Plaintiff's Motion for Leave to Appear in Street Clothes (Doc No 240)

**ORDERED: 6)**   **Plaintiff's Motion for Leave to Appear in Street Clothes (Doc No 240) is GRANTED with respect to being permitted to attend trial in street clothes.**

   **RULING IS RESERVED with respect to the Plaintiff's request that he be permitted to attend trial unrestrained in courtroom.**

**ORDERED:  7)**   **For trial the parties shall switch tables so that Defendants will be seated at the table closest to the jury box.**

Court's comments re updated Revised Practice Standards

The Court will be updating its Revised Practice Standards, effective November 1, 2011. The updated Revised Practice Standards will apply only to new matters arising in this case after November 1, 2011.

Ms. Lebeck's comments

Ms. Lebeck advises the Court that they anticipate filing today or tomorrow a joint stipulation for the dismissal of Defendant Vigil. This will not affect the action as to the other two defendants. Some of the Jury Instructions will have to be revised due to the dismissal of this Defendant.

**ORDERED:  8)**   **The parties have up to and including Monday, October 31, 2011 to file revised jury instructions which are affected by the dismissal of Defendant Vigil.**

04:38 p.m.    Court in Recess; Hearing concluded; Time: \38