**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 08-cv-00487-WJM-KMT

DERRICK L. ARANDA,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

_____

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS**
_____

This matter comes before the Court on the Parties' Joint Stipulated Motion to Dismiss with Prejudice filed February 27, 2012 (ECF No. 267).  The Court having reviewed the motion and being fully advised hereby ORDERS as follows:

The Joint Stipulated Motion to Dismiss with Prejudice is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 28th day of February, 2012.

                                                  BY THE COURT:

                                                  William J. Martínez
                                                  United States District Judge